Megan A. Richmond (SBN 170753)
MEGAN A. RICHMOND, APC
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 577-4253
Facsimile:  (619) 577-4250
megan@therichmondfirm.com

C. Brooks Cutter (SBN 121407)
CUTTER LAW P.C.
401 Watt Ave., Suite 100
Sacramento, California 95864
Telephone: (916) 290-9400
Facsimile:  (916) 588-9330
bcutter@cutterlaw.com

Alexander E. Papaefthimiou (SBN 236930)
PAPAEFTHIMIOU APC
1601 Carmen Drive, Suite 212D
Camarillo, California 93010
Telephone: (805) 366-3909
Facsimile:  (805) 585-5410
alex@aplitigation.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KARRENE PHILLIPS, WAYNE SHEPPERD and CLARENCE WOODS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a legal subdivision of the State of California, and DOES 1–10, inclusive.<br><br>Defendants. | CASE NO.  **5:19-cv-01231**<br><br>**COLLECTIVE ACTION**<br>[29 U.S.C. § 216(b)]<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>[L.R. 7.1-1] |

**NOTICE OF INTERESTED PARTIES**

The undersigned, counsel of record for plaintiffs KARRENE PHILLIPS, WAYNE SHEPPERD and CLARENCE WOODS ("Plaintiffs"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Karrene Phillips, an individual (interest: plaintiff);

2. Wayne Shepperd, an individual (interest: plaintiff);

3. Clarence Woods, an individual (interest: plaintiff);

4. Persons similarly situated to Plaintiffs, namely social workers who are or were employed by Defendant County of Riverside's Children's Services Division and worked overtime without receiving any or all of the compensation to which they are entitled (interest: potential plaintiffs – collective action); and

5. County of Riverside, a legal subdivision of the State of California (interest: defendant).

Dated: July 2, 2019

PAPAEFTHIMIOU APC

/s/ Alexander E. Papaefthimiou
Alexander E. Papaefthimiou (SBN 236930)

1601 Carmen Drive, Suite 212D
Camarillo, California 93010
Telephone: (805) 366-3909
Facsimile:  (805) 585-5410
alex@aplitigation.com

NOTICE OF INTERESTED PARTIES                                                                1